IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



ROBERT H. ALAND,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

    Defendants.

CV 18–16–M–DWM

ORDER

Defendants have filed a notice of related cases stating they believe this matter should be consolidated with five other cases challenging the U.S. Fish and Wildlife Service's 2017 Final Rule removing the Greater Yellowstone Ecosystem grizzly bear population from the Endangered Species Act's list of endangered and threatened species. (Doc. 39). Plaintiff has filed a response indicating his belief that consolidation is inappropriate. (Doc. 42). Neither side has submitted a motion or briefing on the issue. Accordingly,

IT IS ORDERED that Defendants' notice (Doc. 39) will be construed as a motion to consolidate.

IT IS FURTHER ORDERED that, no later than February 26, 2018, each

side shall simultaneously submit a brief of no more five pages supporting their positions on consolidation.

DATED this 14th day of February, 2018.

Donald W. Molloy, District Judge
United States District Court