# Exhibit 1

Case 9:18-cv-00016-DLC   Document 234-1   Filed 09/14/20   Page 2 of 9

Crow Indian Tribe et al., v United States et al.
CV 17-89-M-DLC

| Timekeeper | Title | TrxDate | Hours | Rate | Total | Transaction Description |
|---|---|---|---|---|---|---|
| **Timekeeper: Chandler, Lowell** | Law Clerk | 06/04/2018 | 7.30 | $100.00 | $730.00 | FWS document review. |
| | | 06/06/2018 | 2.90 | $100.00 | $290.00 | Brief cite check. |
| | | 06/07/2018 | 2.00 | $100.00 | $200.00 | Grizzly Brief review. |
| | | 06/11/2018 | 0.60 | $100.00 | $60.00 | Brief cite check. |
| | | 06/12/2018 | 0.60 | $100.00 | $60.00 | Cite check of motion for summary judgment. |
| | | 07/17/2018 | 3.00 | $100.00 | $300.00 | Spot research assignment on rebutting FWS' post-hoc rationalization argument. |
| | | 07/18/2018 | 5.50 | $100.00 | $550.00 | Spot research assignment on rebutting FWS' post-hoc rationalization argument. |
| | | 07/19/2018 | 3.10 | $100.00 | $310.00 | Spot research assignment on rebutting FWS' post-hoc rationalization argument. |
| | | 07/20/2018 | 5.70 | $100.00 | $570.00 | Finalizing spot research memo on rebutting FWS' post-hoc rationalization argument. |
| | | 08/01/2018 | 0.50 | $100.00 | $50.00 | Cite check for word extension request. |
| | | 08/06/2018 | 2.70 | $100.00 | $270.00 | Response brief cite check. |
| | | 08/07/2018 | 4.70 | $100.00 | $470.00 | Response brief cite check. |
| | | 08/08/2018 | 0.40 | $100.00 | $40.00 | Response brief cite check. Subsequent history. |
| | **Total: Chandler, Lowell** | | **39.00** | | **$3,900.00** | |
| **Timekeeper: Federman, Erik** | Law Clerk | 6/27/2017 | 3.10 | $100.00 | $310.00 | Cite check of 60-day notice letter |
| | **Total: Federman, Erik** | | **3.10** | | **$310.00** | |
| **Timekeeper: Harbine, Jenny** | Staff Attorney | 12/18/2017 | 3.10 | $310.00 | $961.00 | Review GB partial summary judgment motion; Confer with K. O'Brien re same; Confer with T. Preso, J. Purtle re same. |
| | | 01/08/2018 | 0.60 | $320.00 | $192.00 | Review stay opposition brief; Confer with T. Preso re same. |
| | | 06/11/2018 | 1.20 | $320.00 | $384.00 | Review, edit draft summary judgment brief. |
| | | 06/12/2018 | 0.20 | $320.00 | $64.00 | Confer with T. Preso, J. Purtle re edits to brief. |
| | | 08/07/2018 | 1.30 | $320.00 | $416.00 | Review, suggest edits to reply brief. |
| | | 08/27/2018 | 1.30 | $320.00 | $416.00 | Moot court and prep for same. |
| | | 08/28/2018 | 0.70 | $320.00 | $224.00 | Participate in T. Preso moot court. |
| | | 08/01/2019 | 2.90 | $330.00 | $957.00 | Review draft brief, provide comments on same. |
| | **Total: Harbine, Jenny** | | **11.30** | | **$3,614.00** | |
| **Timekeeper: Hogan, Erin** | Law Clerk | 08/01/2019 | 4.80 | $100.00 | $480.00 | cite check opening brief |
| | **Total: Hogan, Erin** | | **4.80** | | **$480.00** | |
| **Timekeeper: Janke, Aurora** | Associate Attorney | 01/10/2018 | 3.00 | $240.00 | $720.00 | conduct cite check |
| | **Total: Janke, Aurora** | | **3.00** | | **$720.00** | |
| **Timekeeper: Morrison, Sharmeen** | Law Clerk | 06/06/2018 | 3.00 | $100.00 | $300.00 | Cite check MSJ brief statement of facts |
| | | 06/11/2018 | 2.90 | $100.00 | $290.00 | Legal cite check for SJ brief |
| | **Total: Morisson, Sharmeen** | | **5.90** | | **$590.00** | |
| **Timekeeper: O'Brien, Katherine** | Staff Attorney | 12/18/2017 | 2.70 | $230.00 | $621.00 | review summary judgment brief; confc. w/J. Harbine; confc w/T. Preso + J. Purtle |
| | | 01/09/2018 | 0.70 | $240.00 | $168.00 | review stay opposition brief |
| | | 03/01/2018 | 0.40 | $240.00 | $96.00 | call T. Preso re. hearing strategy |
| | | 03/02/2018 | 5.20 | $240.00 | $1,248.00 | drafting/filing notice of appearance; confc. T. Preso, J. Purtle re. hearing strategy; review key cases in prep. for hearing, hearing outline |
| | | 03/05/2018 | 2.50 | $240.00 | $600.00 | hearing prep -- read key cases, drafting argument outline, confc. w/J. Purtle re factual issues, confc. w/T. Preso re. argument points, assembling case summary table, reviewing conservation strategy |
| | | 03/06/2018 | 6.80 | $240.00 | $1,632.00 | hearing prep: read cases cited in briefs; drafting argument outline; reviewing stay briefing; reviewing key record documents; confc. J. Purtle re. argument strategy |
| | | 03/07/2018 | 4.50 | $240.00 | $1,080.00 | call T. Preso/confc. J. Purtle, J. Harbine re. stay hearing arguments/strategy; review stay briefing; review key cases from briefing; draft argument outline; review partial SJ motion and responses; review Conservation Strategy |
| | | 03/08/2018 | 2.50 | $240.00 | $600.00 | call Josh Osborne-Klein re hearing strategy; drafting argument outline for stay hearing; review standing declarations for hearing |
| | | 03/09/2018 | 4.50 | $240.00 | $1,080.00 | review/revise hearing argument outline; call T. Preso re. argument strategy/outline revisions |
| | | 03/11/2018 | 1.70 | $240.00 | $408.00 | hearing prep: review/revise argument outline; draft background facts outline; supplement key cases outline; review Humane Society decision |
| | | 03/12/2018 | 4.80 | $240.00 | $1,152.00 | hearing prep. --- moot argument, review hearing binder, revise outline |
| | | 03/12/2018 | 1.90 | $240.00 | $456.00 | moot argument; outline revisions; review key briefs |
| | | 03/13/2018 | 6.00 | $240.00 | $1,440.00 | travel to/from stay hearing in Missoula |
| | | 03/13/2018 | 5.40 | $240.00 | $1,296.00 | stay hearing/prep/debrief |
| | | 03/14/2018 | 0.10 | $240.00 | $24.00 | call B. Rice re hearing/litig next steps |
| | | 03/19/2018 | 0.20 | $240.00 | $48.00 | call W. Walksalong re. stay hearing |
| | | 06/11/2018 | 1.30 | $240.00 | $312.00 | review/comment on opening SJ brief |
| | | 08/27/2018 | 2.00 | $240.00 | $480.00 | Moot/prep/debrief; review key briefs |
| | | 08/28/2018 | 1.00 | $240.00 | $240.00 | moot |
| | | 04/29/2020 | 1.90 | $260.00 | $494.00 | moot prep - review dist ct opinion and gov't opening brief, N. Cheyenne resp/reply |
| | | 04/30/2020 | 1.50 | $260.00 | $390.00 | moot; call T. Preso re same |
| | **Total: O'Brien, Katherine** | | **57.60** | | **$13,865.00** | |
| **Timekeeper: Preso, Timothy** | Managing Attorney | 06/21/2017 | 0.50 | $330.00 | $165.00 | Review J. Purtle draft 60-day notice letter |
| | | 06/25/2017 | 5.00 | $330.00 | $1,650.00 | Review delisting rule |
| | | 06/26/2017 | 3.00 | $330.00 | $990.00 | Review and edit draft 60-day notice letter; email clients re same; Teleconference A. Santarsiere re same; confs. J. Purtle re same |
| | | 06/27/2017 | 3.00 | $330.00 | $990.00 | Review and edit draft 60-day notice letter; confs. J. Purtle re same |
| | | 06/29/2017 | 1.50 | $330.00 | $495.00 | Review and edit final 60-day notice letter; TC J. Purtle re same |
| | | 07/06/2017 | 4.50 | $330.00 | $1,485.00 | Draft Peacock declaration; review materials re same |
| | | 07/07/2017 | 2.50 | $330.00 | $825.00 | Draft Peacock declaration; review and edit same; confs. J. Purtle and J. Harbine re same; email D. Peacock re same |
| | | 07/10/2017 | 0.20 | $330.00 | $66.00 | Email correspondence D. Peacock re standing/harm declaration |
| | | 07/12/2017 | 1.00 | $330.00 | $330.00 | Review and edit J. Purtle draft N. Varley declaration; research re material for Mangelsen declaration |
| | | 07/13/2017 | 4.00 | $330.00 | $1,320.00 | Research re material for Mangelsen declaration; conf. J. Purtle re complaint drafting |
| | | 07/13/2017 | 1.00 | $330.00 | $330.00 | Review and edit revised draft D. Peacock declaration; email D. Peacock re same |
| | | 07/14/2017 | 3.50 | $330.00 | $1,155.00 | Draft Mangelsen declaration |
| | | 07/17/2017 | 1.00 | $330.00 | $330.00 | Review and edit revised Peacock declaration; email correspondence D. Peacock re same; email correspondence S. Cedarholm re Mangelsen declaration review; Teleconference T. Wilkinson re same |
| | | 07/18/2017 | 3.50 | $330.00 | $1,155.00 | Review delisting rule; conf. J. Purtle re drafting of complaint; email J. Osborn-Klein re meeting with N. Cheyenne Tribe; conf. J. Harbine re same |
| | | 07/19/2017 | 4.50 | $330.00 | $1,485.00 | Travel to Emigrant for meeting with D. Peacock, conf. D. Peacock re declaration, science issues; return travel from same; conf. B. Rice re delisting issues; conf. B. Rice re same; Teleconference Doug and Pegi Sobey re litigation affidavit |
| | | 07/20/2017 | 0.50 | $330.00 | $165.00 | Review and edit revised draft Varley declaration; conf. J. Purtle re same |

| Timekeeper: Preso, Timothy | Managing Attorney | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | 07/21/2017 | 2.50 | $330.00 | $825.00 | Review delisting rule |
| | | 07/24/2017 | 2.00 | $330.00 | $660.00 | Review delisting rule; Teleconferences B. Gilbert, D. Mattson re expert assistance; conf. J. Purtle re legal claims |
| | | 07/25/2017 | 12.00 | $330.00 | $3,960.00 | Travel to Lame Deer for meeting with N. Cheyenne tribal council; meet with tribal council and discuss case issues; return travel from same |
| | | 08/01/2017 | 1.00 | $330.00 | $330.00 | Review D.C. Circuit ruling in Western Great Lakes wolf delisting case; review email correspondence re same |
| | | 08/05/2017 | 1.00 | $330.00 | $330.00 | Review final delisting rule |
| | | 08/07/2017 | 3.00 | $330.00 | $990.00 | Review and edit draft complaint; conf. J. Purtle re same; review and edit revised draft Varley declaration; Teleconference B. Rice, J. Purtle re litigation strategy issues |
| | | 08/08/2017 | 6.00 | $330.00 | $1,980.00 | Review and edit draft complaint; confs. J. Purtle re same |
| | | 08/10/2017 | 1.50 | $330.00 | $495.00 | Review and edit revised draft complaint; confs. J. Purtle re same; Teleconference B. Rice re argument for same |
| | | 08/15/2017 | 0.80 | $330.00 | $264.00 | Conf. J. Purtle re review and revision of draft complaint; review and edit draft Sobey declaration; email Sobeys re same |
| | | 08/16/2017 | 3.50 | $330.00 | $1,155.00 | Review and edit revised draft complaint; conf. J. Purtle re same; email J. Osborn Klein re N. Cheyenne review of draft complaint |
| | | 08/17/2017 | 0.70 | $330.00 | $231.00 | Revise Sobey declaration and email D. Sobey re same; conf. J. Harbine re review of draft complaint |
| | | 08/25/2017 | 1.50 | $330.00 | $495.00 | Review and edit revised draft complaint; conf. J. Purtle re same |
| | | 08/29/2017 | 4.50 | $330.00 | $1,485.00 | Review and edit revised draft complaint and summons, civil cover sheet, and corporate disclosure statement; confs. J. Purtle re revision and filing plan for same |
| | | 08/30/2017 | 1.00 | $330.00 | $330.00 | Teleconferences J. Purtle re filing of complaint and related documents |
| | | 09/01/2017 | 0.50 | $330.00 | $165.00 | Review and edit revised draft Mangelsen declaration; email T. Mangelsen and S. Cedarholm re same |
| | | 09/05/2017 | 1.00 | $330.00 | $330.00 | Review and edit revised Mangelsen declaration; email correspondence with Mangelsen representatives re photo exhibits for declaration |
| | | 09/08/2017 | 0.50 | $330.00 | $165.00 | Review revised Mangelsen declaration and conf. J. Hann re processing of photo exhibits for same |
| | | 09/22/2017 | 0.50 | $330.00 | $165.00 | Teleconference M. Bishop re coordination of plaintiff advocacy in parallel cases |
| | | 09/28/2017 | 1.50 | $330.00 | $495.00 | Conf. call all plaintiffs' counsel re case management issues; conf. J. Purtle re same; Teleconference M. Bishop re same; email plaintiffs' counsel re same; email clients re case update |
| | | 09/29/2017 | 0.50 | $330.00 | $165.00 | Teleconference J. Rasmussen re case management issues; review Aland email re same; conf. J. Purtle re same |
| | | 10/09/2017 | 1.00 | $330.00 | $330.00 | Teleconference M. Bishop, J. Purtle re strategy for FWS stay request; conf. J. Purtle re same, potential motion for partial SJ on DPS issue |
| | | 10/10/2017 | 1.30 | $330.00 | $429.00 | Conf. B. Rice, J. Purtle re litigation strategy issues; conf. call NPCA staff re same |
| | | 10/17/2017 | 0.40 | $330.00 | $132.00 | Conf. J. Purtle re drafting of motion for partial SJ |
| | | 10/19/2017 | 0.60 | $330.00 | $198.00 | Confs. J. Purtle re arguments for motion for partial SJ |
| | | 10/30/2017 | 2.00 | $330.00 | $660.00 | Review J. Purtle draft motion for partial SJ re DPS issue; conf. J. Purtle re same; research re same and arguments for response to FWS stay motion |
| | | 11/07/2017 | 1.00 | $330.00 | $330.00 | Review federal defendants' answer; conf. J. Purtle re same; Teleconference C. Howell re FWS stay proposal and timeline; conf. J. Purtle re same; Teleconference M. Bishop re same |
| | | 11/08/2017 | 1.00 | $330.00 | $330.00 | Email J. Osborn-Klein re preparation of standing affidavits; Teleconferences B. Melton, A. Santarsiere re same, case strategy |
| | | 11/13/2017 | 0.50 | $330.00 | $165.00 | Review court order re consolidation; conf. J. Purtle re same; email M. Bishop re same |
| | | 11/14/2017 | 1.50 | $330.00 | $495.00 | Confs. J. Purtle re response to court order on consolidation; Teleconference M. Bishop re same; review and edit draft stipulation re same; email S. Adams re NPCA standing affiant; Teleconference J. Shmidt re CBD standing affidavit |
| | | 11/15/2017 | 1.00 | $330.00 | $330.00 | Review draft case management plan from M. Bishop; conf. J. Purtle re same; email J. Osborn-Klein re same; email correspondence J. Schmidt re standing affidavit |
| | | 11/16/2017 | 0.50 | $330.00 | $165.00 | Email correspondence M. Bishop re draft CMP proposal; conf. J. Purtle re same |
| | | 11/17/2017 | 1.00 | $330.00 | $330.00 | Review and edit C. Howell revised draft case management plan proposal; conf. call all counsel re same |
| | | 11/19/2017 | 0.80 | $330.00 | $264.00 | Draft J. Schmidt declaration; email J. Schmidt re same |
| | | 11/20/2017 | 0.80 | $330.00 | $264.00 | Review and edit revised Schmidt declaration; email J. Schmidt re same; review C. Howell revisions to draft case management plan; Teleconference M. Bishop re same; email J. Osborn-Klein re same; email C. Howell re revisions to same |
| | | 11/27/2017 | 0.20 | $330.00 | $66.00 | Conf. J. Purtle re standing declaration for NPCA |
| | | 11/28/2017 | 1.00 | $330.00 | $330.00 | Review revised CMP; conf. J. Purtle re same; email C. Howell re same; Teleconference A. Santarsiere re case strategy issues |
| | | 11/29/2017 | 0.30 | $330.00 | $99.00 | Teleconferences C. Fisher, W. Walksalong (msgs) re standing affidavit; confs. J. Purtle re filing of case management proposal |
| | | 12/05/2017 | 1.00 | $330.00 | $330.00 | Review FWS correspondence re reopening notice; conf. J. Purtle re same; email clients, co-counsel re same, standing affidavits; Teleconference M. Bishop re reopening notice |
| | | 12/06/2017 | 2.50 | $330.00 | $825.00 | Review FWS notice re reopening of public comment on delisting rule; conf. J. Purtle re same; email clients re same; review and edit draft motion for partial summary judgment; Teleconference W. Walksalong re N. Cheyenne standing affidavit; email C. Howell re filing of FWS motion for stay |
| | | 12/08/2017 | 1.20 | $330.00 | $396.00 | Draft W. Walksalong declaration; email W. Walksalong and Ziontz co-counsel re same; conf. J. Purtle re same; review and edit draft Camenzind declaration; conf. J. Purtle re same |
| | | 12/09/2017 | 3.00 | $330.00 | $990.00 | Draft motion for partial SJ |
| | | 12/14/2017 | 4.00 | $330.00 | $1,320.00 | Teleconference J. Purtle, N. Arrivo re strategy in response to FWS public comment process; review and edit revised draft motion for partial SJ; confs. T. True, K. Boyles, S. Mashuda re same |
| | | 12/15/2017 | 1.00 | $330.00 | $330.00 | Review, revise and edit draft SJ brief; confs. J. Purtle re same; email clients, co-counsel re review of same |
| | | 12/18/2017 | 1.50 | $330.00 | $495.00 | Conf. call J. Purtle, J. Harbine, K. O'Brien re revision of draft SJ brief; review redlined version of same; email correspondence with counsel in consolidated cases re extension of time for response to federal defendants' stay motion |
| | | 12/20/2017 | 2.50 | $330.00 | $825.00 | Review and edit revised draft SJ brief; email clients re same |
| | | 12/21/2017 | 0.40 | $330.00 | $132.00 | Review and edit draft motion for extension to respond to government motion to stay; email J. Purtle re same, SJ statement of facts |
| | | 12/22/2017 | 1.00 | $330.00 | $330.00 | Review federal defendants' motion for stay and email J. Purtle re same; email correspondence with A. Santarsiere re timing of stay response and SJ motion |
| | | 01/02/2018 | 3.00 | $340.00 | $1,020.00 | Review and edit revised draft SJ brief and statement of facts; Teleconference M. Bishop re SJ strategy; email plaintiffs' counsel in consolidated cases re same; Teleconferences J. Purtle re SJ document revisions and strategy issues |
| | | 01/03/2018 | 2.00 | $340.00 | $680.00 | Teleconferences M. Bishop, N. Arrivo, J. Purtle re SJ strategy and timing; review and edit revised draft SJ statement of facts; email clients re timing of SJ filing; Teleconferences B. Rice, N. Greenwald re same; confs. J. Purtle re finalization of SJ filings |
| | | 01/04/2018 | 5.00 | $340.00 | $1,700.00 | Draft opposition to federal motion to stay; conf. J. Purtle re same; review and edit revised draft SJ brief and SJ motion |
| | | 01/05/2018 | 4.80 | $340.00 | $1,632.00 | Draft opposition to federal motion for stay; confs. J. Purtle re finalization, filing preparations, and meet and confer re motion for partial SJ; Teleconferences M. Bishop, J. Rasmussen, A. Frostic, N. Arrivo re SJ strategy and timing issues; conf. J. Purtle re drafting of argument re harm to plaintiffs from stay |

| Timekeeper | Title | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Timekeeper: Preso, Timothy | Managing Attorney | 01/08/2018 | 4.50 | $340.00 | $1,530.00 | Proof, finalize, and coordinate filing of motion for partial SJ and supporting documents; conf. call with opposing counsel for meet and confer as to same; draft opposition to government motion to stay; confs. J. Purtle re arguments for same; draft comment letter for FWS post-decisional comment process; conf. J. Purtle re submission of same |
| | | 01/09/2018 | 3.00 | $340.00 | $1,020.00 | Draft and revise opposition to government motion to stay; emails to clients and co-counsel re review of same; Teleconference N. Arrivo re stay and SJ issues |
| | | 01/10/2018 | 7.00 | $340.00 | $2,380.00 | Review federal defendants' motion to stay briefing on motion for partial summary judgment; draft opposition to same; review and edit opposition to federal defendants' motion to stay consolidated cases; review client and co-counsel edits to same; confs. J. Purtle re cite check and finalization of same; review WildEarth Guardians response to stay motion |
| | | 01/11/2018 | 7.00 | $340.00 | $2,380.00 | Review, edit and coordinate finalization and filing of opposition to fed. motion to stay; review other plaintiffs' stay opposition briefs; draft and revise opposition to fed. motion to stay briefing on motion for partial SJ; confs. J. Purtle re same; email co-counsel re same; Teleconference N. Arrivo re HSUS summary judgment filing |
| | | 01/12/2018 | 3.00 | $340.00 | $1,020.00 | Review, edit, and coordinate filing of opposition to fed. motion to stay briefing on motion for partial SJ; email clients re stay filings |
| | | 01/15/2018 | 0.70 | $340.00 | $238.00 | Review federal reply re motion to stay briefing on motion for partial SJ; review HSUS motion for partial SJ |
| | | 01/16/2018 | 0.50 | $340.00 | $170.00 | Teleconference N. Arrivo re stay opposition and SJ filing; review HSUS stay opposition brief |
| | | 01/19/2018 | 0.40 | $340.00 | $136.00 | Teleconference J. Purtle re district court stay order; email clients re same |
| | | 01/22/2018 | 0.80 | $340.00 | $272.00 | Conf. J. Purtle, Teleconference J. Osborne-Klein re government stay request re shutdown; emails to C. Howell re same; Teleconference M. Bishop re litigation status; review court order re stay of SJ briefing |
| | | 01/24/2018 | 0.30 | $340.00 | $102.00 | Review federal defendants' reply brief re motion to stay |
| | | 01/25/2018 | 0.50 | $340.00 | $170.00 | Conf. J. Purtle re research on agency post hoc rationalizations; review J. Purtle research notes re same |
| | | 01/29/2018 | 4.00 | $340.00 | $1,360.00 | Review research materials re post-hoc rationalization issue; draft proposed surreply brief re same; conf. J. Purtle re argument for same |
| | | 01/30/2018 | 1.50 | $340.00 | $510.00 | Email J. Osborne-Klein re draft surreply; revise same; Teleconferences N. Arrivo, M. Bishop re filing of same |
| | | 01/31/2018 | 0.60 | $340.00 | $204.00 | Review draft motion for leave to file surreply, surreply, and cite check of same; email plaintiffs' counsel re proposed surreply |
| | | 02/01/2018 | 0.70 | $340.00 | $238.00 | Review and finalize surreply and motion for leave to file same; email all counsel re position on surreply filing; coordinate filing of surreply documents |
| | | 02/12/2018 | 1.00 | $340.00 | $340.00 | Review and edit J. Purtle draft reply re motion for leave to file surreply; confs. J. Purtle re same; coordinate finalization and filing of same |
| | | 03/02/2018 | 1.30 | $340.00 | $442.00 | Confs. K. O'Brien, J. Purtle re stay argument issues and strategy |
| | | 03/05/2018 | 3.00 | $340.00 | $1,020.00 | Draft email to govt counsel re AR issues; conf. J. Purtle re same; Teleconference N. Arrivo re same; email plaintiffs' counsel re same; review proposed record supplementation documents re same; revise email to govt counsel and transmit same; confs. K. O'Brien re points for stay argument |
| | | 03/07/2018 | 0.50 | $340.00 | $170.00 | Conf. call K. O'Brien, J. Purtle, J. Harbine re oral argument strategy |
| | | 03/09/2018 | 2.00 | $340.00 | $680.00 | Conf. call with plaintiffs' counsel re 3-13 hearing coordination and strategy; Teleconference K. O'Brien, J. Purtle re same; review and edit K. O'Brien draft argument outline; Teleconference K. O'Brien re same |
| | | 03/12/2018 | 2.50 | $340.00 | $850.00 | Moot courts for K. O'Brien re stay hearing; review order on motion to file surreply |
| | | 03/29/2018 | 1.00 | $340.00 | $340.00 | Review federal response re AR supplementation issues; conf. J. Purtle re same; Teleconference J. Mellgren re same; Teleconference N. Arrivo re same, outreach to Aland |
| | | 04/03/2018 | 1.70 | $340.00 | $578.00 | Teleconference N. Arrivo, J. Purtle re record issues and outreach to Aland; conf. call all plaintiffs' counsel re response to federal defendants on record issues; conf. J. Purtle re review of AR supplement |
| | | 04/04/2018 | 1.50 | $340.00 | $510.00 | Teleconferences N. Arrivo, M. Bishop re strategy and content for joint status report; confs. J. Purtle re same; email correspondence with plaintiffs' counsel re same |
| | | 04/05/2018 | 1.30 | $340.00 | $442.00 | Teleconferences N. Arrivo, M. Bishop, J. Purtle re drafting and revision of joint status report, coordination with Aland re same; email correspondence re same; Teleconference J. Osborne-Klein re same |
| | | 04/06/2018 | 1.00 | $340.00 | $340.00 | Review and comment on draft joint status report; conf. J. Purtle re same; Teleconference M. Bishop re same |
| | | 04/18/2018 | 1.00 | $340.00 | $340.00 | Teleconference J. Purtle, N. Arrivo re same; Teleconference J. Purtle, N. Arrivo, M. Bishop re case scheduling, AR, and privilege issues; email plaintiffs' counsel re same; email clients re assistance with AR review |
| | | 04/19/2018 | 0.40 | $340.00 | $136.00 | Emails to plaintiffs' counsel, government counsel re case procedure and AR sufficiency; conf. J. Purtle re same |
| | | 04/20/2018 | 1.50 | $340.00 | $510.00 | Conf. B. Rice, J. Purtle re case strategy issues; email plaintiffs' counsel re case scheduling; conf. J. Purtle re same |
| | | 04/23/2018 | 2.00 | $340.00 | $680.00 | Conf. call all counsel re SJ briefing schedule; email correspondence among plaintiffs' counsel re same; Teleconference M. Bishop re same; email clients re AR document review |
| | | 04/24/2018 | 0.50 | $340.00 | $170.00 | Email correspondence with plaintiffs' counsel re SJ briefing schedule |
| | | 04/25/2018 | 0.50 | $340.00 | $170.00 | Email correspondence with plaintiffs' counsel re SJ briefing schedule |
| | | 04/26/2018 | 0.40 | $340.00 | $136.00 | Email correspondence with plaintiffs' counsel re SJ briefing schedule |
| | | 04/27/2018 | 0.80 | $340.00 | $272.00 | Review FWS evaluation of DPS issue; conf. J. Purtle re same; Teleconference N. Arrivo re same |
| | | 05/03/2018 | 1.50 | $340.00 | $510.00 | Review relevant AR documents |
| | | 05/04/2018 | 0.30 | $340.00 | $102.00 | Email correspondence re SJ briefing schedule; Teleconference M. Bishop re same |
| | | 05/07/2018 | 3.50 | $340.00 | $1,190.00 | Review AR materials; review and edit M. Bishop draft joint status report re SJ briefing schedule; email correspondence with plaintiffs' counsel re same |
| | | 05/08/2018 | 3.50 | $340.00 | $1,190.00 | Review AR materials; confs. J. Purtle re SJ briefing issues |
| | | 05/11/2018 | 2.00 | $340.00 | $680.00 | Review and edit revised draft of joint motion re briefing schedule; Teleconferences M. Bishop, J. Osborne-Klein re same; confs. J. Purtle re same; review AR materials |
| | | 05/13/2018 | 5.50 | $340.00 | $1,870.00 | Draft DPS argument for SJ brief; review AR documents |
| | | 05/14/2018 | 1.50 | $340.00 | $510.00 | Confs. J. Harbine re briefing schedule and strategy; review court order re briefing schedule; email clients re same; email J. Osborne-Klein re draft DPS argument; review and edit same |
| | | 05/15/2018 | 1.50 | $340.00 | $510.00 | Conf. call all plaintiffs' counsel re SJ brief coordination; review and edit draft DPS argument; email plaintiffs' counsel re same |
| | | 05/23/2018 | 0.30 | $340.00 | $102.00 | Conf. J. Purtle re recovery argument, joint statement of facts |
| | | 05/25/2018 | 0.50 | $340.00 | $170.00 | Review J. Purtle draft mortality threat argument |
| | | 05/28/2018 | 0.60 | $340.00 | $204.00 | Review and revise draft DPS argument |
| | | 05/29/2018 | 1.50 | $340.00 | $510.00 | Conf. J. Purtle re comments on draft argument re meat-based diet; review N. Arrivo outline of HSUS brief; conf. call N. Arrivo, J. Purtle re same; Teleconference M. Bishop re briefing strategy issues |
| | | 05/30/2018 | 3.00 | $340.00 | $1,020.00 | Draft statement of facts re DPS claim; conf. B. Rice re case strategy issues; research re public comment process argument |
| | | 05/31/2018 | 3.50 | $340.00 | $1,190.00 | Draft public comment argument for SJ brief |
| | | 06/01/2018 | 3.30 | $340.00 | $1,122.00 | Draft public comment argument for SJ brief; research re same; conf. J. Purtle re same, factual statements; review J. Purtle revised draft mortality threat argument |
| | | 06/04/2018 | 2.50 | $340.00 | $850.00 | Review, revise and integrate draft SJ brief; conf. J. Purtle re same |
| | | 06/05/2018 | 2.00 | $340.00 | $680.00 | Review and revise draft SJ brief; conf. J. Purtle re same; email J. Osborn-Klein re same |
| | | 06/06/2018 | 0.80 | $340.00 | $272.00 | Review and edit draft statement of facts for SJ brief; conf. J. Purtle re same; email clients, plaintiffs' counsel re draft SJ brief |
| | | 06/07/2018 | 0.80 | $340.00 | $272.00 | Conf. call plaintiffs' counsel re SJ strategy and coordination issues |

| Timekeeper: Preso, Timothy | Managing Attorney | 06/08/2018 | 1.00 | $340.00 | $340.00 | Review revised draft brief and client comments re same; email correspondence J. Purtle re same |
|---|---|---|---|---|---|---|
| | | 06/11/2018 | 3.50 | $340.00 | $1,190.00 | Review client comments re draft SJ brief; revise draft brief; review consolidated plaintiffs' draft SJ briefs; emails to plaintiffs' counsel re same; confs. J. Purtle re same |
| | | 06/12/2018 | 3.00 | $340.00 | $1,020.00 | Review and edit revised draft SJ brief; review and edit draft SJ motion; review K. Nokes draft joint statement of facts; confs. J. Purtle re SJ issues and brief revisions |
| | | 06/13/2018 | 4.00 | $340.00 | $1,360.00 | Revise, revise, proof, and coordinate filing of motion for summary judgment and supporting brief; confs. J. Purtle re same; email to clients, partners re filing of same |
| | | 06/14/2018 | 0.70 | $340.00 | $238.00 | Review C. Howell email re briefing extension request; Teleconference M. Bishop re same; review email correspondence from plaintiffs' counsel re same; email C. Howell re same; email B. Gilbert re case status |
| | | 06/15/2018 | 1.30 | $340.00 | $442.00 | Review other plaintiffs' SJ filings; email clients re same; review fed. motion for extension of word limit on SJ cross-motion; Teleconference M. Bishop re response to same; email other plaintiffs' counsel re response to same |
| | | 07/13/2018 | 0.70 | $340.00 | $238.00 | Review FWS merits brief |
| | | 07/23/2018 | 3.00 | $340.00 | $1,020.00 | Review federal defendants' SJ brief; confs. J. Purtle re same and research tasks arising from same; email clients re litigation update |
| | | 07/24/2018 | 1.00 | $340.00 | $340.00 | Research re mootness issue; conf. J. Purtle re same |
| | | 07/25/2018 | 4.00 | $340.00 | $1,360.00 | Draft SJ reply brief |
| | | 07/26/2018 | 5.00 | $340.00 | $1,700.00 | Draft SJ reply brief; research re same; conf. J. Purtle re same |
| | | 07/27/2018 | 5.00 | $340.00 | $1,700.00 | Draft SJ reply brief; research re same |
| | | 07/28/2018 | 3.50 | $340.00 | $1,190.00 | Draft SJ reply brief |
| | | 07/30/2018 | 0.50 | $340.00 | $170.00 | Conf. call plaintiffs' counsel re reply briefing extension and case strategy issues |
| | | 08/01/2018 | 6.00 | $340.00 | $2,040.00 | Review and edit draft DPS argument for reply brief; email co-counsel re same; confs. J. Purtle re motion to expand word limit; review and edit draft of same; review and edit J. Purtle draft recovery/meat argument; conf. J. Purtle re same |
| | | 08/02/2018 | 4.50 | $340.00 | $1,530.00 | Draft SJ reply argument re public comment issue; confs. J. Purtle re recovery/meat argument; review correspondence re motion for word limit expansion; review revised draft of motion; review order granting same |
| | | 08/03/2018 | 3.80 | $340.00 | $1,292.00 | Review and edit draft recovery/meat argument; review and edit draft DPS and public comment arguments; confs. J. Purtle re same; email clients re update on reply brief drafting process |
| | | 08/04/2018 | 3.50 | $340.00 | $1,190.00 | Review and edit draft SJ arguments and circulate integrated draft SJ reply brief for client and co-counsel review; conf. J. Purtle re same |
| | | 08/06/2018 | 6.00 | $340.00 | $2,040.00 | Review and revise draft SJ reply brief; confs. J. Purtle re same; review comments from A. Santarsiere re same |
| | | 08/07/2018 | 6.50 | $340.00 | $2,210.00 | Review, revise and edit SJ reply brief; review comments from A. Santarsiere, J. Harbine re same; email A. Santarsiere re same; coordinate revisions of reply brief with J. Purtle |
| | | 08/08/2018 | 3.30 | $340.00 | $1,122.00 | Review and edit final draft SJ reply brief; confs. J. Purtle re same; coordinate filing of same |
| | | 08/09/2018 | 1.50 | $340.00 | $510.00 | Email clients, partners re filing of SJ reply brief; confs. J. Purtle re correction of same; coordinate review and proofing of same |
| | | 08/10/2018 | 0.50 | $340.00 | $170.00 | Review corrected SJ reply brief; confs. J. Purtle re preparation and filing of same |
| | | 08/16/2018 | 1.80 | $340.00 | $612.00 | Conf. call M. Bishop, N. Arrivo, J. Purtle re 8/30 hearing and post-hearing strategy issues; email correspondence all plaintiffs' counsel re same; conf. J. Purtle re drafting of irreparable harm argument for post-judgment motions practice; review and edit draft Mattson expert declaration for same purpose; email M. Bishop re same |
| | | 08/17/2018 | 0.80 | $340.00 | $272.00 | Teleconference B. Gilbert re expert assistance; email B. Gilbert materials re same; conf. J. Purtle re strategy to address defendants' reply briefs |
| | | 08/19/2018 | 2.00 | $340.00 | $680.00 | Review materials for oral argument |
| | | 08/20/2018 | 4.00 | $340.00 | $1,360.00 | Review and edit draft Gilbert declaration; email B. Gilbert re same; email plaintiffs' counsel re arrangement for court hearing and related strategy issues; review materials for oral argument; review and edit draft irreparable harm argument for potential injunction brief; conf. J. Purtle re same |
| | | 08/21/2018 | 3.00 | $340.00 | $1,020.00 | Review and edit revised draft B. Gilbert declaration; conf. J. Purtle re same; email B. Gilbert re same; review and edit revised draft irreparable harm argument for potential injunction brief; email plaintiffs' counsel re oral argument procedure; email all counsel re potential inquiry to court re oral argument |
| | | 08/22/2018 | 0.40 | $340.00 | $136.00 | Teleconferences J. Purtle re review of defendants' reply briefs and possible surreply points |
| | | 08/23/2018 | 1.00 | $340.00 | $340.00 | Review and edit revised draft Gilbert declaration; email B. Gilbert re same |
| | | 08/24/2018 | 1.50 | $340.00 | $510.00 | Review and edit M. Bishop draft notice to court re oral argument; email M. Bishop re same; review and edit revised draft Gilbert declaration and email B. Gilbert re same |
| | | 08/25/2018 | 4.50 | $340.00 | $1,530.00 | Review materials for oral argument |
| | | 08/26/2018 | 4.00 | $340.00 | $1,360.00 | Draft oral argument outline; review materials for oral argument |
| | | 08/27/2018 | 6.00 | $340.00 | $2,040.00 | Prep for oral argument; moot court for same; review and edit revised draft motion for injunction pending appeal and email all plaintiffs' counsel re same; review and edit revised draft Gilbert declaration for same; Teleconference B. Gilbert re same |
| | | 08/28/2018 | 5.50 | $340.00 | $1,870.00 | Moot court for oral argument; prep for same; travel to Missoula for same |
| | | 08/29/2018 | 11.00 | $340.00 | $3,740.00 | Prep for court hearing; confs. J. Purtle re issues for same; confs. all plaintiffs' counsel re merits hearing; moot court for same |
| | | 08/30/2018 | 10.00 | $340.00 | $3,400.00 | Attend and argue at court hearing; confs. with clients and co-counsel re same; review and coordinate filing of motion for TRO and preliminary injunction; return travel from hearing; review TRO order; email and telephone conf. clients re same |
| | | 09/05/2018 | 0.30 | $340.00 | $102.00 | Research re renewal of TRO |
| | | 09/10/2018 | 1.00 | $340.00 | $340.00 | Draft and circulate motion to extend TRO; research re same; email correspondence with plaintiffs' counsel re same |
| | | 09/11/2018 | 0.80 | $340.00 | $272.00 | Teleconference N. Arrivo re draft motion to extend TRO; revise and circulate same to plaintiffs' counsel; email opposing counsel re meet and confer on same |
| | | 09/12/2018 | 0.40 | $340.00 | $136.00 | Review and proof final motion to extend TRO; conf. J. Purtle re filing of same |
| | | 09/13/2018 | 1.80 | $340.00 | $612.00 | Review order extending TRO; email correspondence with clients and partners re same; review responses to motion for PI; conf. J. Purtle re reply to same; Teleconference. M. Bishop re same |
| | | 09/14/2018 | 0.50 | $340.00 | $170.00 | Confs. J. Purtle re arguments re reply in support of preliminary injunction |
| | | 09/18/2018 | 1.00 | $340.00 | $340.00 | Review J. Purtle draft TRO/PI reply brief |
| | | 09/19/2018 | 2.00 | $340.00 | $680.00 | Review and edit draft TRO/PI reply brief; confs. J. Purtle re same |
| | | 09/20/2018 | 1.00 | $340.00 | $340.00 | Review and edit revised draft TRO/PI reply brief; confs. J. Purtle re edits and finalizing same |
| | | 09/21/2018 | 1.00 | $340.00 | $340.00 | Review and edit revised draft preliminary injunction reply brief; confs. J. Purtle re same and filing of same |
| | | 09/24/2018 | 1.50 | $340.00 | $510.00 | Review merits ruling; email clients re same |
| | | 09/25/2018 | 0.50 | $340.00 | $170.00 | Email clients and partners re merits ruling; review same |
| | | 10/10/2018 | 0.20 | $340.00 | $68.00 | Email to clients re government request for entry of judgment |
| | | 10/23/2018 | 0.30 | $340.00 | $102.00 | Review order re entry of final judgment; email clients, partners re same; email plaintiffs' counsel re motion for scheduling of attorney fee request |
| | | 10/25/2018 | 0.80 | $340.00 | $272.00 | Draft and circulate motion to extend deadline for attorney fee claim; email all counsel re same |
| | | 10/26/2018 | 0.50 | $340.00 | $170.00 | Email correspondence re motion to extend fee deadline; conf. J. Purtle re response to same |
| | | 02/01/2019 | 0.50 | $450.00 | $225.00 | Review email correspondence re inquiry from 9th Circuit mediator; email mediator re same |
| | | 02/08/2019 | 0.30 | $450.00 | $135.00 | Teleconference J. Pepin re federal appeal strategy; email J. Pepin re same |
| | | 02/26/2019 | 0.20 | $450.00 | $90.00 | Email correspondence with plaintiffs' counsel re proposed briefing schedule from 9th Circuit mediator |
| | | 03/01/2019 | 0.20 | $450.00 | $90.00 | Email correspondence with plaintiffs' counsel re appellate briefing schedule |

| Timekeeper | Role | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Timekeeper: Preso, Timothy | Managing Attorney | 03/06/2019 | 0.40 | $450.00 | $180.00 | Teleconference M. Bishop re proposed appellate briefing schedule; email plaintiffs' counsel re response to 9th Circuit mediator on same |
| | | 03/07/2019 | 0.30 | $450.00 | $135.00 | Email correspondence with plaintiffs' counsel, all counsel re agreement to 9th Circuit mediator's proposed briefing schedule |
| | | 03/22/2019 | 0.20 | $450.00 | $90.00 | Email clients re update on appellate proceedings |
| | | 06/18/2019 | 1.00 | $450.00 | $450.00 | Conf. call all plaintiffs' counsel re appeal strategy; conf. J. Purtle re same; conf. J. Purtle re brief drafting strategy |
| | | 06/19/2019 | 3.00 | $450.00 | $1,350.00 | Teleconference D. Caputo, J. Purtle re possible remand rule argument for response brief; review FWS brief; review materials re response to same; conf. J. Purtle re same; conf. J. Purtle re motion for extension of response brief deadline |
| | | 06/20/2019 | 0.30 | $450.00 | $135.00 | Review and edit J. Purtle draft motion for extension of response brief deadline; conf. J. Purtle re same |
| | | 06/24/2019 | 0.60 | $450.00 | $270.00 | Conf. J. Purtle re revision to motion for extension of briefing schedule; review and edit same |
| | | 07/08/2019 | 0.30 | $450.00 | $135.00 | Conf. J. Purtle re coordination with appellants' counsel re supplemental excerpts of record, draft response brief |
| | | 07/17/2019 | 0.50 | $450.00 | $225.00 | Conf. call with all plaintiffs' counsel re briefing coordination |
| | | 07/24/2019 | 4.00 | $450.00 | $1,800.00 | Draft and edit appellate response brief |
| | | 07/25/2019 | 3.20 | $450.00 | $1,440.00 | Draft appellate response brief; conf. J. Purtle re same |
| | | 07/26/2019 | 2.00 | $450.00 | $900.00 | Draft and revise appellate response brief; conf. J. Purtle re same |
| | | 07/30/2019 | 5.50 | $450.00 | $2,475.00 | Draft and revise appellate response brief; confs. J. Purtle re arguments for same |
| | | 07/31/2019 | 6.50 | $450.00 | $2,925.00 | Draft, review, and revise appellate response brief; confs. J. Purtle re arguments for same; email clients, consolidated plaintiffs' counsel re review of same |
| | | 08/01/2019 | 0.80 | $450.00 | $360.00 | Review and revise draft response brief; confs. J. Purtle re finalizing of same; review M. Bishop draft WildEarth Guardians brief; draft jurisdictional statement for response brief |
| | | 08/04/2019 | 5.00 | $450.00 | $2,250.00 | Review and revise draft appellate response brief; cite-check of same; conf. J. Purtle re same |
| | | 08/05/2019 | 7.00 | $450.00 | $3,150.00 | Review, revise, finalize and coordinate filing of appellate response brief; confs. J. Purtle re same |
| | | 08/06/2019 | 2.00 | $450.00 | $900.00 | Emails to clients and partners re filing of appellate response brief; review same; review Crow Tribe brief |
| | | 08/19/2019 | 0.20 | $450.00 | $90.00 | Review email from J. Pepin re extension for federal reply brief; Teleconference B. Baldwin re same; email J. Pepin re same |
| | | 10/06/2019 | 0.80 | $450.00 | $360.00 | Review federal reply brief filed in 9th Circuit |
| | | 10/08/2019 | 0.10 | $450.00 | $45.00 | Email clients re filing of federal appellate reply brief |
| | | 01/06/2020 | 0.50 | $460.00 | $230.00 | Email correspondence with plaintiffs' counsel re scheduling of 9th Circuit argument; Teleconference M. Bishop re same; email 9th Circuit re same |
| | | 01/07/2020 | 0.30 | $460.00 | $138.00 | Email plaintiffs' counsel, 9th Circuit re dates for oral argument |
| | | 01/15/2020 | 0.40 | $460.00 | $184.00 | Draft and file response to notice re 9th Circuit hearing dates |
| | | 02/24/2020 | 1.50 | $460.00 | $690.00 | Email clients and partners re oral argument schedule; conf. call M. Bishop, N. Arrivo re potential expansion of argument time and format for argument |
| | | 02/25/2020 | 0.20 | $460.00 | $92.00 | Review email correspondence re allocation of oral argument time |
| | | 02/26/2020 | 0.40 | $460.00 | $184.00 | Email correspondence re oral argument time allowance and format; Teleconference J. Rasmussen re same |
| | | 03/06/2020 | 0.50 | $460.00 | $230.00 | Review email correspondence re appellee oral argument time allocation; Teleconference M. Bishop re same |
| | | 03/09/2020 | 0.30 | $460.00 | $138.00 | Teleconference M. Bishop re oral argument allocation issues |
| | | 03/13/2020 | 0.60 | $460.00 | $276.00 | Conf. call M. Bishop, N. Arrivo re oral argument coordination issues |
| | | 03/31/2020 | 0.30 | $460.00 | $138.00 | Teleconference M. Bishop re 9th Circuit notice re oral argument |
| | | 04/14/2020 | 1.30 | $460.00 | $598.00 | Email correspondence M. Bishop, R. Aland re submission of 9th Circuit oral argument acknowledgement form; Teleconference M. Bishop re same; filing of acknowledgement form |
| | | 04/21/2020 | 5.00 | $460.00 | $2,300.00 | Review materials for 9th Circuit argument; email S. Brebner (9th Circuit) re logistics for remote argument participation; Teleconference M. Bishop re argument strategy issues; email clients and standing declarants re oral argument update |
| | | 04/22/2020 | 5.50 | $460.00 | $2,530.00 | Prepare for oral argument |
| | | 04/23/2020 | 6.00 | $460.00 | $2,760.00 | Review materials in preparation for appellate argument |
| | | 04/24/2020 | 3.50 | $460.00 | $1,610.00 | Review materials in preparation for 9th Circuit oral argument |
| | | 04/26/2020 | 2.30 | $460.00 | $1,058.00 | Review materials and research to prepare for 9th Circuit argument |
| | | 04/27/2020 | 5.00 | $460.00 | $2,300.00 | Review 9th Circuit panel assignment; prep for 9th Circuit argument; email 9th Circuit staff re argument participation; Teleconference R. Smith re jurisdictional issues |
| | | 04/28/2020 | 4.00 | $460.00 | $1,840.00 | Prep for 9th Circuit argument |
| | | 04/29/2020 | 5.00 | $460.00 | $2,300.00 | Prep for 9th Circuit argument; Teleconference M. Bishop re jurisdictional issues for same |
| | | 04/30/2020 | 7.00 | $460.00 | $3,220.00 | Moot court for 9th Circuit argument with Earthjustice staff; Teleconference K. O'Brien re same; prepare for oral argument; test video connection with 9th Circuit for same; Teleconference M. Bishop re oral argument preparation, moot court among plaintiffs' counsel; email correspondence B. Baldwin re argument logistics; Teleconference B. Rice re grizzly mortality rate issues |
| | | 05/03/2020 | 3.00 | $460.00 | $1,380.00 | Review materials and prepare for 9th Circuit argument |
| | | 05/04/2020 | 7.80 | $460.00 | $3,588.00 | Prep for 9th Circuit argument; moot court with plaintiffs' counsel re same |
| | | 05/05/2020 | 5.50 | $460.00 | $2,530.00 | Prep for 9th Circuit argument; attend and present 9th Circuit oral argument; email correspondence re same |
| | | 05/06/2020 | 0.20 | $460.00 | $92.00 | Email clients and standing declarants re report from 9th Circuit argument |
| | | 07/08/2020 | 2.00 | $460.00 | $920.00 | Review 9th Circuit ruling; email correspondence with clients, standing declarants re same |
| | | 07/10/2020 | 0.20 | $460.00 | $92.00 | Email correspondence with clients to discuss follow-up on 9th Circuit ruling |
| | **Total: Preso, Timothy** | | **483.10** | | **$176,212.00** | |
| Timekeeper: Purtle, Josh | Associate Attorney | 06/07/2017 | 1.00 | $220.00 | $220.00 | Started writing draft 60-day notice letter. |
| | | 06/08/2017 | 3.40 | $220.00 | $748.00 | Wrote 60-day notice letter. |
| | | 06/09/2017 | 2.40 | $220.00 | $528.00 | Wrote draft 60-day notice letter. Meeting with Tim Preso about coordination with Tribes, litigation strategy. |
| | | 06/09/2017 | 3.00 | $220.00 | $660.00 | Wrote draft 60-day notice letter. |
| | | 06/12/2017 | 2.00 | $220.00 | $440.00 | Wrote 60-day comment letter. |
| | | 06/13/2017 | 7.10 | $220.00 | $1,562.00 | 60-day notice letter. |
| | | 06/19/2017 | 6.10 | $220.00 | $1,342.00 | Edited draft 60-day notice letter. Reviewed ESA regs on delisting. |
| | | 06/20/2017 | 4.80 | $220.00 | $1,056.00 | 60-day notice letter. |
| | | 06/23/2017 | 8.50 | $220.00 | $1,870.00 | Reviewed final delisting rule. Discussed final rule with T. Preso. Checked federal register public inspection. Checked news reports for details about release of final rule. Read NPS letters on delisting. 60-day notice letter |
| | | 06/26/2017 | 2.50 | $220.00 | $550.00 | Discussed Final Rule with T. Preso. Draft 60-day notice letter. |
| | | 06/27/2017 | 3.00 | $220.00 | $660.00 | Gathered exhibits for 60-day notice letter. Double-checked letter citations. Read CBD/HSUS letter. Reviewed client comments on 60-day notice letter. |
| | | 06/29/2017 | 4.00 | $220.00 | $880.00 | Finalized 60-day notice letter citations. Finalized exhibits. Emails from clients about notice letter. Proofed letter. Checked in with T. Preso about status of notice letter. |
| | | 06/30/2017 | 1.00 | $220.00 | $220.00 | Sent out 60-day NOI letter. |
| | | 07/11/2017 | 2.00 | $220.00 | $440.00 | Wrote draft Nathan Varley declaration. |
| | | 07/12/2017 | 2.10 | $220.00 | $462.00 | Edited draft Nathan Varley declaration. Send draft declaration to Nathan. |
| | | 07/13/2017 | 2.00 | $220.00 | $440.00 | Reviewed Doug Peacock's edits on his declaration. Reviewed in litt. research docs sent to us by FWS. Reviewed news articles sent to me by Nathan Varley. |
| | | 07/17/2017 | 2.50 | $220.00 | $550.00 | Reviewed draft Thomas Mangelson declaration. Reviewed Nathan Varley's edits on his declaration. Started reviewing grizzly bear FOIA docs. |

| Timekeeper | Role | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Timekeeper: Purtle, Josh | Associate Attorney | 07/18/2017 | 4.20 | $220.00 | $924.00 | Reviewed FOIA documents. Meeting with Tim Preso about grizzly bear delisting complaint. |
| | | 07/20/2017 | 6.70 | $220.00 | $1,474.00 | Reviewed grizzly bear FOIA docs. Edited Varley declaration in response to T. Preso comments. Called Nathan Varley about edits to his declaration and left a voicemail. |
| | | 07/21/2017 | 7.20 | $220.00 | $1,584.00 | Started writing first draft of complaint. Reviewed grizzly bear FOIA disclosures. |
| | | 07/24/2017 | 7.10 | $220.00 | $1,562.00 | Wrote first draft of complaint. Reviewed GB FOIA disclosures. |
| | | 07/25/2017 | 7.40 | $220.00 | $1,628.00 | First draft of complaint. Reviewed grizzly bear FOIA disclosures. Email from Nathan Varley about Blacktail Ponds Bear. Research re: what constitutes a logical outgrowth of a proposed rule. |
| | | 07/26/2017 | 7.80 | $220.00 | $1,716.00 | Wrote first draft of complaint. Emails with Nathan Varley about bear photos that we might attach to his declaration. Reviewed FOIA docs. |
| | | 07/27/2017 | 7.40 | $220.00 | $1,628.00 | First draft of complaint. Research concerning APA requirements to consider all relevant factors concerning a decision and to provide a rational explanation for any decision. Reviewed FOIA docs. |
| | | 07/28/2017 | 6.00 | $220.00 | $1,320.00 | Finished reviewing FOIA docs. First draft of complaint. |
| | | 07/31/2017 | 5.80 | $220.00 | $1,276.00 | First draft of complaint. |
| | | 08/01/2017 | 5.40 | $220.00 | $1,188.00 | First draft of complaint. Read Western Great Lakes wolf decision. Email to Andrea Santarsiere about WGL decision. Reviewed Final Rule: did Service consider the status of the lower-48 grizzly bear population as a whole? Emails with Nathan Varley about his bear photographs. |
| | | 08/02/2017 | 1.50 | $220.00 | $330.00 | Edited hard copy of first draft of complaint. Added photos and descriptions of photos to Nathan Varley declaration. |
| | | 08/03/2017 | 4.10 | $220.00 | $902.00 | Edited draft complaint in hard copy. Inputted hard copy changes into .doc. Sent draft to T. Preso. Email with Nick Arrivo about Western Great Lakes Wolf decision. |
| | | 08/07/2017 | 1.30 | $220.00 | $286.00 | Call with Bonnie Rice re: grizzly bear experts, status of complaint drafting. Talked to T. Preso about complaint and Nathan Varley declaration. Send T. Preso Nathan Varley declaration. Edited Varley declaration. Discussed complaint structure with T. Preso. |
| | | 08/08/2017 | 2.30 | $220.00 | $506.00 | Talked to T. Preso about draft complaint. Reviewed and inputted T. Preso edits to complaint. |
| | | 08/15/2017 | 5.30 | $220.00 | $1,166.00 | Edited draft complaint in response to comments from T. Preso. Edited Nathan Varley dec and sent back to Nathan. Reviewed Sobev declaration. Reread complaint. |
| | | 08/16/2017 | 1.00 | $220.00 | $220.00 | Edited draft complaint in response to T. Preso redline. Circulated draft to clients. |
| | | 08/18/2017 | 0.10 | $220.00 | $22.00 | Emailed Nathan Varley about his declaration. |
| | | 08/21/2017 | 4.70 | $220.00 | $1,034.00 | Added citations to complaint for cite-checking purposes. |
| | | 08/23/2017 | 6.70 | $220.00 | $1,474.00 | Edited complaint in response to client comments. Checked complaint citations for purposes of upcoming cite-check. |
| | | 08/24/2017 | 6.00 | $220.00 | $1,320.00 | Prepared civil cover sheet, summonses, corporate disclosure statement. Reviewed local rules re complaint filing requirements. Reviewed FRCP on complaint filing requirements. Edited complaint's discussion of bears' shift to meat food resources. Call with Andrea at CBD concerning her comments. Made sure citecheck source folder contains all sources cited in complaint. |
| | | 08/28/2017 | 5.00 | $220.00 | $1,100.00 | Inputted Tim Preso's edits on grizzly bear complaint. Reviewed civil cover sheet and other complaint attachments. Called Bonnie Rice to review her comments. Removed bracketed citations from complaint. Proofed complaint. |
| | | 08/30/2017 | 1.00 | $220.00 | $220.00 | Filed complaint. |
| | | 08/31/2017 | 0.20 | $220.00 | $44.00 | Sent clients final filed complaint. Reviewed Service copies. |
| | | 09/25/2017 | 2.50 | $220.00 | $550.00 | Prepared and filed proof of service. Asked Jess H. to serve POS. Research concerning when service on U.S. agencies is effective. |
| | | 10/11/2017 | 5.80 | $220.00 | $1,276.00 | Drafted motion for partial summary judgment. |
| | | 10/12/2017 | 2.00 | $220.00 | $440.00 | Motion for partial summary judgment. Research concerning SJ before administrative record is filed. |
| | | 10/17/2017 | 6.20 | $220.00 | $1,364.00 | Wrote motion for partial SJ. Looked at D. Mont. local rules re SJ briefs. |
| | | 10/18/2017 | 6.00 | $220.00 | $1,320.00 | Drafted motion for partial SJ. Research re Ninth Circuit DPS cases. Started reading Interior solicitor's opinion on DPS authority. |
| | | 10/19/2017 | 5.60 | $220.00 | $1,232.00 | Motion for partial summary judgment. Discussed draft brief's structure with T. Preso. Research concerning DPS caselaw in the Ninth Circuit. |
| | | 10/23/2017 | 7.00 | $220.00 | $1,540.00 | Edited motion for partial summary judgment. |
| | | 10/24/2017 | 5.60 | $220.00 | $1,232.00 | Edited memo ISO motion for partial summary judgment. Wrote motion for partial SJ. Started writing statement of undisputed facts. |
| | | 11/13/2017 | 0.60 | $220.00 | $132.00 | Read show cause order re consolidation. Discussed order with T. Preso. Reviewed Matt Bishop's grizzly bear complaint. |
| | | 11/14/2017 | 1.60 | $220.00 | $352.00 | Reviewed other parties' complaints. Discussed consolidation strategy with T. Preso Call with Matt Bishop concerning briefing plan. Read Matt Bishop's draft case management plan. |
| | | 11/17/2017 | 0.80 | $220.00 | $176.00 | Meet and confer call about briefing schedule, stay, other matters. |
| | | 11/29/2017 | 1.30 | $220.00 | $286.00 | Proofed and filed CMP. |
| | | 12/06/2017 | 0.20 | $220.00 | $44.00 | Read public notice concerning DPS issue reconsideration. |
| | | 12/07/2017 | 1.80 | $220.00 | $396.00 | Declarant call with Franz Camenzind. Wrote draft declaration. |
| | | 12/08/2017 | 0.80 | $220.00 | $176.00 | Edited Camenzind declaration. |
| | | 12/08/2017 | 0.10 | $220.00 | $22.00 | Reviewed William Walksalong declaration. |
| | | 12/11/2017 | 6.10 | $220.00 | $1,342.00 | Started writing section on vacatur. Proofed and finalized Camenzind declaration. Wrote joint motion for extension in stay briefing schedule. |
| | | 12/15/2017 | 1.50 | $220.00 | $330.00 | Reviewed draft motion for partial SJ. Discussed brief with T. Preso.. |
| | | 12/18/2017 | 1.10 | $220.00 | $242.00 | Discussed SJ brief with T. Preso, K. O'Brien, J. Harbine. Drafted joint motion for extension. |
| | | 12/19/2017 | 0.60 | $220.00 | $132.00 | Circulate joint extension motion. |
| | | 12/21/2017 | 2.20 | $220.00 | $484.00 | Proofed motion for extension of time. Checked local rules again on motions, signature requirements. Drafted Statement of Undisputed Facts. Filed motion for extension. Read Motion to Stay. |
| | | 12/22/2017 | 0.40 | $220.00 | $88.00 | Circulated stay motion among clients. |
| | | 01/02/2018 | 3.90 | $230.00 | $897.00 | Call with T. Preso about summary judgment motion. Read motion for partial summary judgment. Finalized standing declarations. Edited statement of undisputed facts. Cite-checked summary judgment brief. |
| | | 01/03/2018 | 5.00 | $230.00 | $1,150.00 | Cite-checked summary judgment brief. Wrote email to opposing counsel concerning motion. Cite-checked statement of undisputed facts. Call with Matt Bishop. |
| | | 01/05/2018 | 3.00 | $230.00 | $690.00 | Wrote section of stay opposition on harm to plaintiffs. Sent email to counsel concerning motion for partial summary judgment. Send draft to Nick Arrivo. Read T. Preso portion of stay opposition. Ran tables for SJ brief with J. Happ. |
| | | 01/08/2018 | 6.90 | $230.00 | $1,587.00 | Proofed summary judgment papers. Reviewed draft comment letter. Call with opposing counsel. Filed motion for summary judgment. Submitted comment letter. Research concerning harm caused by bureaucratic inertia. |
| | | 01/10/2018 | 1.30 | $230.00 | $299.00 | Read motion to stay summary judgment briefing. Collected exhibits for response brief. |
| | | 01/11/2018 | 5.20 | $230.00 | $1,196.00 | Proofed opposition to stay. Proofed Purtle Declaration. Read draft opposition to motion to stay briefing. Filed stay opposition. Reviewed other parties' responses to stay motion. |
| | | 01/12/2018 | 2.80 | $230.00 | $644.00 | Cite-checked response to motion to stay briefing. Proofed opposition to motion to stay SJ briefing. Filed opposition to motion to stay SJ briefing. |
| | | 01/16/2018 | 1.70 | $230.00 | $391.00 | Read reply to our response to motion to stay summary judgment briefing. Read Humane Society's motion for partial summary judgment. |
| | | 01/18/2018 | 0.30 | $230.00 | $69.00 | Sent email to clients re hearing order. |

| Timekeeper: Purtle, Josh | Associate Attorney | | | | | |
|---|---|---|---|---|---|---|
| | | 01/19/2018 | 0.20 | $230.00 | $46.00 | Called T. Preso and emailed clients concerning order staying SJ briefing. |
| | | 01/22/2018 | 7.20 | $230.00 | $1,656.00 | Reviewed Administrative Record. |
| | | 01/23/2018 | 8.40 | $230.00 | $1,932.00 | Reviewed Administrative Record. |
| | | 01/24/2018 | 4.60 | $230.00 | $1,058.00 | Reviewed administrative record. Read reply to response to motion to stay. |
| | | 01/25/2018 | 7.10 | $230.00 | $1,633.00 | Reviewed administrative record. Research concerning post-hoc rationalization caselaw. |
| | | 01/26/2018 | 4.70 | $230.00 | $1,081.00 | Summarized research concerning post-hoc rationalization caselaw. Reviewed administrative record. |
| | | 01/29/2018 | 5.20 | $230.00 | $1,196.00 | Reviewed Administrative Record. Research re post-hoc rationalization. Reviewed draft sur-reply. |
| | | 01/30/2018 | 3.10 | $230.00 | $713.00 | Reviewed administrative record. |
| | | 01/31/2018 | 8.40 | $230.00 | $1,932.00 | Wrote motion for leave to file surreply. Cite-checked surreply. Reviewed administrative record. |
| | | 02/01/2018 | 7.50 | $230.00 | $1,725.00 | Reviewed administrative record. Proofed surreply and motion for leave to file surreply. Prepared surreply for filing. Filed motion for leave to file surreply. |
| | | 02/02/2018 | 4.80 | $230.00 | $1,104.00 | Reviewed administrative record. |
| | | 02/06/2018 | 2.70 | $230.00 | $621.00 | Finished reviewing administrative record. |
| | | 02/08/2018 | 0.10 | $230.00 | $23.00 | Read government's response to motion for leave to file surreply. |
| | | 02/12/2018 | 2.60 | $230.00 | $598.00 | Wrote reply in support of motion to file surreply. Citechecked, proofed, and filed that document. Searched FOIA disclosures for docs on recalibration issue. |
| | | 02/23/2018 | 0.10 | $230.00 | $23.00 | Reviewed new FOIA disclosure. |
| | | 02/27/2018 | 0.60 | $230.00 | $138.00 | Email concerning docs missing from the record. Circulated to plaintiffs' counsel. |
| | | 03/27/2018 | 0.10 | $230.00 | $23.00 | Reviewed DOJ's response on record issues. |
| | | 04/03/2018 | 1.80 | $230.00 | $414.00 | Call with other Plaintiffs concerning administrative record status report. Call with Nick Arrivo (Humane Society) on same subject. Reviewed government's attorney-client privilege log. |
| | | 04/04/2018 | 0.40 | $230.00 | $92.00 | Reviewed draft joint status report. |
| | | 04/25/2018 | 0.50 | $230.00 | $115.00 | Reviewed deliberative process docs. |
| | | 04/27/2018 | 0.30 | $230.00 | $69.00 | Reviewed FWS pre-publication notice concerning Humane Society decision. |
| | | 05/08/2018 | 0.20 | $230.00 | $46.00 | Discussed recalibration issue with T. Preso. |
| | | 05/09/2018 | 10.70 | $230.00 | $2,461.00 | Summary judgment hearing in Missoula (including travel to and from Missoula). |
| | | 05/10/2018 | 6.00 | $230.00 | $1,380.00 | Discussed opening brief with T. Preso. Started writing opening brief. Reviewed deliberative process documents. Reviewed scientific documents concerning increased bear conflict mortality. |
| | | 05/11/2018 | 8.20 | $230.00 | $1,886.00 | Wrote portion of summary judgment brief. Record review concerning meat consumption issues. |
| | | 05/14/2018 | 5.30 | $230.00 | $1,219.00 | Reviewed T. Preso draft of DPS argument. Wrote draft conflict mortality argument. Reviewed deliberative documents. |
| | | 05/15/2018 | 7.90 | $230.00 | $1,817.00 | Edited argument on conflict mortality. Reviewed deliberative process docs. Call with other plaintiffs' counsel re: coordinating briefing. |
| | | 05/16/2018 | 7.30 | $230.00 | $1,679.00 | Reviewed deliberative process documents. Edited draft conflicts argument. |
| | | 05/17/2018 | 5.40 | $230.00 | $1,242.00 | Edited draft conflicts argument. Reviewed deliberative docs. |
| | | 05/18/2018 | 0.90 | $230.00 | $207.00 | Reviewed deliberative process docs. |
| | | 05/22/2018 | 5.70 | $230.00 | $1,311.00 | Reviewed deliberative docs. Edited draft conflict mortality argument. |
| | | 05/23/2018 | 4.20 | $230.00 | $966.00 | Reviewed deliberative docs. |
| | | 05/25/2018 | 2.50 | $230.00 | $575.00 | Reviewed deliberative docs. |
| | | 05/29/2018 | 3.70 | $230.00 | $851.00 | Discussed draft meat/conflicts argument with T. Preso. Edited meat argument. Call with Nick Arrivo about regulatory mechanisms issue. |
| | | 05/30/2018 | 2.70 | $230.00 | $621.00 | Edited draft meat/conflicts argument. |
| | | 05/31/2018 | 2.20 | $230.00 | $506.00 | Edited meat argument. |
| | | 06/04/2018 | 4.00 | $230.00 | $920.00 | Wrote statement of undisputed facts. Reviewed draft opening brief. Discussed document review with Sharmeen and Lowell. Reviewed results of doc review. |
| | | 06/06/2018 | 5.90 | $230.00 | $1,357.00 | Edited statement of facts. Proofed statement of facts. Reviewed statement of facts citecheck. |
| | | 06/08/2018 | 1.50 | $230.00 | $345.00 | Reviewed client edits to SJ brief. Research concerning lag effects. |
| | | 06/11/2018 | 6.20 | $230.00 | $1,426.00 | Reviewed client edits on brief. Record research concerning population numbers. Reread brief. Cite-checked record citations in brief. Read Humane Society brief. |
| | | 06/12/2018 | 4.50 | $230.00 | $1,035.00 | Cite-checked brief. Discussed brief with T. Preso. Reviewed joint statement of facts. Finished cite-check. Read WildEarth Guardians brief. |
| | | 06/13/2018 | 3.70 | $230.00 | $851.00 | Edited SJ brief. Reviewed docket for standing orders. Proofed brief. Ran tables. |
| | | 06/14/2018 | 0.20 | $230.00 | $46.00 | Discussed government's motion for increased word count with T. Preso. |
| | | 06/18/2018 | 4.70 | $230.00 | $1,081.00 | Coordinated with other Plaintiffs on response to government's motion for word count extension. Wrote up draft joint response. Filed joint response. |
| | | 07/12/2018 | 1.60 | $230.00 | $368.00 | Read government's response brief. |
| | | 07/16/2018 | 5.50 | $230.00 | $1,265.00 | Reviewed government response brief. Research concerning relationship between post-hoc rationalizations and mootness doctrine. Reviewed government's statement of undisputed facts. |
| | | 07/17/2018 | 7.30 | $230.00 | $1,679.00 | Research concerning government's mootness argument. Reviewed government's citations to record docs allegedly demonstrating consideration of bear populations outside GYE. Started outlining response to government's response to switch-to-meat argument. |
| | | 07/18/2018 | 7.30 | $230.00 | $1,679.00 | Outlined switch-to-meat reply argument. Reviewed record documents cited in government's brief. Research concerning relationship between mootness and post-hoc rationalizations. |
| | | 07/20/2018 | 4.00 | $230.00 | $920.00 | Wrote draft reply brief. Research concerning lag effects. Research concerning relationship between mootness doctrine and post-hoc rationalizations. |
| | | 07/23/2018 | 4.00 | $230.00 | $920.00 | Wrote grizzly bear reply brief. Discussed various reply brief issues with T. Preso. |
| | | 07/24/2018 | 4.50 | $230.00 | $1,035.00 | Edited draft reply brief. Research concerning post-hoc rationalization argument. |
| | | 07/25/2018 | 2.00 | $230.00 | $460.00 | Research concerning whether superseding agency action moots challenge to earlier action. Edited reply brief. |
| | | 07/27/2018 | 3.50 | $230.00 | $805.00 | Edited reply brief section. |
| | | 07/30/2018 | 6.90 | $230.00 | $1,587.00 | Reviewed T. Preso draft. Research concerning ripeness issue. Call with other Plaintiffs' attorneys. Edited my portion of reply draft. |
| | | 08/01/2018 | 8.80 | $230.00 | $2,024.00 | Wrote draft response to feds' statement of undisputed facts. Wrote motion for word count extension. Discussed draft reply brief with T. Preso. Edited reply brief in response to T. Preso comments. |
| | | 08/02/2018 | 8.00 | $230.00 | $1,840.00 | Edited reply brief. Filed motion for word count extension. Reviewed draft statement of disputed facts. |
| | | 08/03/2018 | 4.30 | $230.00 | $989.00 | Edited reply brief section. Reviewed draft response to feds' statement of undisputed facts |
| | | 08/04/2018 | 4.20 | $230.00 | $966.00 | Edited reply brief. Reviewed T. Preso public comment argument draft. |
| | | 08/06/2018 | 3.90 | $230.00 | $897.00 | Finalized comments on draft response to government's statement of undisputed facts. Record research. Discussed reply brief with T. Preso. Reviewed client comments on brief. |
| | | 08/07/2018 | 7.60 | $230.00 | $1,748.00 | Reviewed client edits on reply brief. Fact cite-check. Reviewed final draft response to government's statement of undisputed facts. |
| | | 08/27/2018 | 5.00 | $230.00 | $1,150.00 | Discussed grizzly bear hearing prep with T. Preso. Prepared injunction / stay pending appeal motion. Read filed surreply. T. Preso oral argument moot. Reviewed Gilbert declaration. Prepared hearing exhibit. |

| Timekeeper: Purtle, Josh | Associate Attorney | 08/30/2018 | 10.00 | $230.00 | $2,300.00 | Prep for summary judgment hearing.  Summary judgment hearing.  Prepared and filed motion for temporary restraining order / preliminary injunction after hearing.  Travel back to Bozeman from Missoula. |
|---|---|---|---|---|---|---|
| | | 09/11/2018 | 0.50 | $230.00 | $115.00 | Cite-checked motion to extend TRO. |
| | | 09/12/2018 | 1.40 | $230.00 | $322.00 | Proofed and filed motion to extend TRO and brief in support. |
| | | 09/13/2018 | 4.50 | $230.00 | $1,035.00 | Reviewed order extending TRO and briefs opposing TRO/PI motion.  Ordered transcript of March 13 stay hearing. |
| | | 09/14/2018 | 6.50 | $230.00 | $1,495.00 | Research for reply brief ISO TRO motion.  Drafted reply brief. |
| | | 09/16/2018 | 1.50 | $230.00 | $345.00 | Drafted reply ISO motion for TRO / preliminary injunction. |
| | | 09/17/2018 | 5.80 | $230.00 | $1,334.00 | Finished draft reply ISO motion for TRO, preliminary injunction.  Sent draft to T. Preso.  Reviewed Hilary Cooley declaration. |
| | | 09/21/2018 | 3.00 | $230.00 | $690.00 | Edited reply ISO TRO motion.  Proofed brief.  Rechecked grizzly bear mortality numbers.  Ran brief tables.  Filed brief. |
| | | 09/24/2018 | 1.00 | $230.00 | $230.00 | Read order on summary judgment. |
| | | 09/25/2018 | 0.60 | $230.00 | $138.00 | Research re appealability of remand order. |
| | | 10/23/2018 | 0.60 | $230.00 | $138.00 | Filed transcript order form. |
| | | 10/25/2018 | 0.50 | $230.00 | $115.00 | Reviewed and proofed motion to extend deadline to file motion for attorney fees. |
| | | 12/12/2018 | 0.30 | $280.00 | $84.00 | Reviewed Ninth Circuit docketing order. |
| | | 05/27/2019 | 0.70 | $290.00 | $203.00 | Read government's opening appeal brief. |
| | | 05/28/2019 | 0.80 | $290.00 | $232.00 | Grizzly bear coalition conference call. |
| | | 06/19/2019 | 1.00 | $290.00 | $290.00 | Drafted motion for extension. |
| | | 06/20/2019 | 1.80 | $290.00 | $522.00 | Started drafting opening appeal brief.  Edited motion for deadline extension and supporting declaration. |
| | | 06/21/2019 | 6.30 | $290.00 | $1,827.00 | Drafted opening appeal brief.  Edited declaration in support of motion for extension. |
| | | 06/24/2019 | 4.80 | $290.00 | $1,392.00 | Drafted appeal response brief.  Called Nick Arrivo about extension motion.  Edited extension motion. |
| | | 06/25/2019 | 6.60 | $290.00 | $1,914.00 | Edited opening appeal brief.  Edited motion for extension. |
| | | 06/26/2019 | 3.00 | $290.00 | $870.00 | Edited motion for extension of time and declaration in support of motion.  Drafted opening appeal brief.  Edited, finalized and filed motion for extension and supporting declaration. |
| | | 07/01/2019 | 6.90 | $290.00 | $2,001.00 | Edited opening appeal brief.  Called clerk's office about extension motion.  Drafted and filed letter notifying court that motion for extension is not opposed. |
| | | 07/08/2019 | 2.00 | $290.00 | $580.00 | Edited appeal response brief. |
| | | 07/09/2019 | 4.40 | $290.00 | $1,276.00 | Drafted opening appeal brief.  Coordinated with Chrissy P. on supplemental excerpt of record prep. |
| | | 07/11/2019 | 3.90 | $290.00 | $1,131.00 | Identified page ranges for supplemental excerpts of record.  Added missing citations to brief.  Emailed page ranges to Nick Arrivo for compilation.  Email to other plaintiffs' counsel setting time for additional conference call. |
| | | 07/17/2019 | 4.00 | $290.00 | $1,160.00 | Revised opening appeal brief.  Plaintiffs coordination call. |
| | | 07/29/2019 | 7.60 | $290.00 | $2,204.00 | Revised response brief. |
| | | 08/02/2019 | 2.00 | $290.00 | $580.00 | Inputted JSER citations into opening appeal brief.  Reviewed citecheck and inputted changes into brief.  Checked brief record citations. |
| | | 08/04/2019 | 2.80 | $290.00 | $812.00 | Edited opening appeal brief.  Fact citecheck. |
| | | 08/05/2019 | 4.00 | $290.00 | $1,160.00 | Reviewed Ninth Circuit rules on brief filing requirements.  Prepared statutory / regulatory addendum.  Checked brief JSER citations.  Finalized and filed opening appeal brief. |
| | **Total: Purtle, Joshua** | | **612.70** | | **$142,478.00** | |
| | **TOTAL** | | **1,220.5** | | **$342,169.00** | |