Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
aklandlawfirm@gmail.com
Telephone: (406) 544-9863

Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW, Suite 450
narrivo@humanesociety.org
Telephone: (202) 676-2339
Admitted *pro hac vice*

Counsel for Plaintiffs in CV 17-117-M-DLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.,*<br><br>          *Plaintiffs*,<br>     v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>          *Defendants*,<br><br>     and<br><br>STATE OF WYOMING, *et al.*<br><br>          *Defendant-Intervenors*. | CV-17-00089-M-DLC<br><br>[Consolidated with: CV-17-117-M-DLC; CV-17-118-M-DLC; CV-17-119-M-DLC; CV-17-123-M-DLC]<br><br>**NOTICE OF SATISFACTION AND WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD,**

**PLEASE TAKE NOTICE** that, pursuant to the Joint Stipulation to Resolve

Plaintiffs' Claim for Attorneys' Fees and Costs entered into between Plaintiffs

the Humane Society of the United States and the Fund For Animals ("HSUS

Plaintiffs") and Federal Defendants (Doc. 332) and this Court's December 21,

2020 Order entering same (Doc. 335), Federal Defendants have made, and

HSUS Plaintiffs have received, an electronic funds transfer of $175,000,

which payment constitutes full satisfaction of HSUS Plaintiffs' claims for

attorneys' fees and costs incurred in connection with this lawsuit.

Having received such payment in full, and pursuant to this Court's Order,

HSUS Plaintiffs submit this Notice of Satisfaction and respectfully move the

Court to enter an order withdrawing its Motion for Attorneys' Fees and Costs

(Doc. 317).

Respectfully submitted this 19th day of February, 2021.

**/s/ Nicholas M. Arrivo**
Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW, Suite 450
Washington, DC 20037
(202) 676-2339
narrivo@humanesociety.org

1

Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
aklandlawfirm@gmail.com

*Counsel for Plaintiffs*
*The Humane Society of the United States*
*and The Fund for Animals*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2021, I electronically filed the foregoing Memorandum and attached documents through the District of Montana CM/ECF system, causing it to be served on all counsel of record.

I further certify that I served on this date the foregoing Memorandum and attached documents via electronic mail to the *pro se* case participant below, who is not registered in the District of Montana CM/ECF system:

Robert H. Aland
140 Old Green Bay Road
Winnetka, IL 60093-1512

/s/ **Kristine M. Akland**
Kristine M. Akland