TIMOTHY M. BECHTOLD
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs in CV-17-123-M-DLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.,*<br><br>*Plaintiffs*,<br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*,<br><br>  and<br><br>STATE OF WYOMING, *et al.*<br><br>*Defendant-Intervenors*. | CV-17-00089-M-DLC<br><br>[Consolidated with: CV-17-117-M-DLC; CV-17-118-M-DLC; CV-17-119-M-DLC; CV-17-123-M-DLC]<br><br>**NOTICE OF SATISFACTION AND WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD,**

**PLEASE TAKE NOTICE** that, pursuant to the Joint Stipulation to Resolve Plaintiffs' Claim for Attorneys' Fees and Costs entered into between Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council, and Western Watersheds Project ("AWR Plaintiffs") and Federal Defendants (Dkt# 331)

and this Court's December 21, 2020 Order (Dkt# 334), Federal Defendants have made and AWR Plaintiffs have received an electronic funds transfer of $175,000 in full satisfaction of AWR Plaintiffs' claims for attorneys' fees and costs incurred in connection with this lawsuit.

Having received this payment, pursuant to this Court's Order, AWR Plaintiffs submit this Notice of Satisfaction and respectfully move the Court to enter an order withdrawing their Motion for Attorneys' Fees and Costs (Dkt# 309).

Respectfully submitted this 17th day of February, 2021.

/s/Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

REBECCA K. SMITH
Public Interest Defense Center
PO Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Attorneys for Plaintiffs in CV-17-123-M-DLC