Jeffrey Rasmussen
Patterson Earnhart Real Bird & Wilson LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 926-5292
jrasmussen@nativelawgroup.com

*Attorney for Plaintiffs in case 17-89*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| CROW INDIAN TRIBE et al., | CV 17-89-M-DLC |
|---|---|
| Plaintiffs, | (Consolidated with Case Nos. CV 17-117-M-DLC, CV 17-118-M-DLC, CV 17-119-M-DLC, and CV 17-123-M-DLC) |
| vs. | |
| UNITED STATES OF AMERICA et al., | |
| Federal-Defendants. | NOTICE OF SATISFACTION AND WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS |
| and | |
| STATE OF WYOMING, et al., | |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE** that, pursuant to the Joint Stipulation to Resolve Plaintiffs' Claim for Attorneys' Fees and Costs entered into between the Plaintiffs in case 17-89, the Crow Indian Tribe, Crow Creek Sioux Tribe, Standing Rock Sioux Tribe, Lower Brule Sioux Tribe, Ponca Tribe of Nebraska, Piikani Nation, Crazy Dog Society, Hopi Nation Bear Clan, Northern Arapaho Elders Society, David Bearshield, Kenny Bowekaty, Llevando Fisher, Elise Ground, Arvol Looking Horse, Travis Plaited Hair, Jimmy St. Goddard, Pete Standing Alone, Nolan Yellow Kidney, and Gary Dorr (hereinafter "the Crow Tribe Plaintiffs") and Defendants (Dkt. 333) and this Court's December 21, 2020 Order (Dkt. 336), Federal Defendants have made and

the Crow Tribe Plaintiffs have received an electronic funds transfer of $132,804.00 in full satisfaction of the Crow Tribe Plaintiffs' claims for attorneys' fees and costs incurred in connection with this lawsuit. Having received this payment, pursuant to this Court's Order, the Crow Tribe Plaintiffs submit this Notice of Satisfaction and respectfully move the Court to enter an order dismissing the motion (Dkt. 323).

Dated:  April 2, 2021

>  Respectfully submitted,
>
>  /s/ Jeffrey S. Rasmussen
>  Jeffrey Rasmussen
>  Patterson Earnhart Real Bird & Wilson LLP
>  1900 Plaza Drive
>  Louisville, CO 80027
>  Phone: (303) 926-5292
>  jrasmussen@nativelawgroup.com
>
>  Peter J. Breuer, Local Counsel
>  FREDERICKS LAW FIRM LLC
>  10541 Racine Street
>  Commerce City, Colorado 80022
>  Telephone: (720) 883-8580
>  Email: pbreuer@jf3law.com
>
>  *Attorneys for Plaintiffs in case 17-89-M-DLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Montana by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

>  /s/ Jeffrey S. Rasmussen
>  *Attorney for Plaintiffs in case 17-89*